**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TIMOTHY SPIER,

Plaintiff,

v.

NATIONAL RECOVERIES, INC., and
JOE, Individually,

Defendants.

Civil No. 01-1084 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117, counsel for Plaintiff.

John Rossman, Esq., and Michael Poncin, Esq., Hellmuth & Johnson, 10400 Viking Drive, Suite 560, Eden Prairie, MN 55344, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or ~~to seek enforcement of~~ the settlement terms.

Dated: September 3, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed SEP 03 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________