**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-1084 DWF/AJB**

| | |
|---|---|
| Timothy Spier,<br><br>Plaintiff,<br>vs.<br><br>National Recoveries, Inc., and "Joe," individually,<br><br>Defendants. | *STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER* |

The Plaintiff and Defendants by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against Defendants may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

Dated: 8/26/02

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr., Esq.
Attorney for Plaintiff
Attorney ID #249646
342 E. County Road D
Little Canada, Minnesota 55117
Telephone: 651-770-9707

Dated: 9-16-02

**HELLMUTH & JOHNSON, PLLC**

By: ______________________
John K. Rossman, Esq.
Attorney for Defendants
Attorney I.D. #244831
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Telephone: 952-941-4005

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________



J:\9000\9900\9907 Spier, Tim\Stipulation for Dismissal.doc

**ORDER**

This matter came before the Court on the stipulation of the Plaintiff and Defendants, to an order dismissing all of the Plaintiff's claims against Defendants in this case with prejudice and on the merits. Based on the stipulation between the Plaintiff and Defendants, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiff's claims against Defendants are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

SO ORDERED.

BY THE COURT:

Dated: September 18, 2002

HON. JUDGE DONOVAN W. FRANK
United States District Court